**American Arbitration Association**
*Dispute Resolution Services Worldwide*

Southeast Case Management Center
L'Tanya Keith-Robinson
Vice President

Stacy Brown
Assistant Vice President

2200 Century Parkway, Suite 300, Atlanta, GA 30345
telephone: 404-325-0101 facsimile: 404-325-8034
internet: http://www.adr.org/

August 20, 2004

*Via Facsimile*
Julian F. Hoffar, Esq.
Watt, Tieder, Hoffar & Fitzgerald, LLP
7929 Westpark Drive
Suite 400
McLean, VA 22102

Stuart J. Einbinder
Crowell & Moring LLP
3 Park Plaza, 20th FL
Irvine, CA 92614-8505

Re: 16 110 Y 00242 04
     The Shaw Group Inc. / Stone & Webster, Inc.
     and
     Covert Generating Company, LLC
     and
     Harquahala Generating Company, LLC

Dear Parties,

Inasmuch as there were no objections to the appointment of Fielder Martin, his appointment is hereby confirmed.

Thomas Burke, James Groton and Fielder Martin have accepted the appointment and have agreed to serve at compensation rates previously provided to the parties. Inasmuch as the arbitrators have agreed to serve in this matter at the above rates, any subsequent change to the arbitrators published rates will not apply to this case.

Compensation to the arbitrator represents an independent obligation of the parties, and it is understood that the AAA has no liability, direct or indirect, for such payment. Each party shall promptly deposit in advance with the AAA such sums of money as required by the administrator to defray the costs of the neutral(s) fees. Compensation incurred will be deducted from deposits on hand, if any.

Upon request, checks are to be made payable to the American Arbitration Association and submitted to the case manager.

For the purpose of scheduling a preliminary hearing, we are enclosing conference call calendars for the weeks of August 30, September 6 and 13, 2004. We ask you to mark out the dates and times you are not available for a conference call and return it to us via fax on or before August 24, 2004. If a response is not received by the Association by that date, we will assume all dates and times are acceptable and a preliminary hearing will be set.

Please contact the undersigned with any questions or concerns.

Sincerely,

Allyson Bloom, Case Manager
404 325 0101
blooma@adr.org

Janet Hardman, Supervisor
866 888 5292
hardmanj@adr.org

Encl.

Cc: Fielder Martin, Thomas Burke and James Groton (*Via Facsimile*)

**American Arbitration Association**
*Dispute Resolution Services Worldwide*

Southeast Case Management Center
L'Tanya Keith-Robinson
Vice President

Stacy Brown
Assistant Vice President

2200 Century Parkway, Suite 300, Atlanta, GA 30345
telephone: 404-325-0101 facsimile: 404-325-8034
internet: http://www.adr.org/

August 12, 2004

*Via Facsimile*
Julian F. Hoffar, Esq.
Watt, Tieder, Hoffar & Fitzgerald, LLP
7929 Westpark Drive
Suite 400
McLean, VA 22102

Stuart J. Einbinder
Crowell & Moring LLP
3 Park Plaza, 20th FL
Irvine, CA 92614-8505

Re: 16 110 Y 00242 04
   The Shaw Group Inc. / Stone & Webster, Inc.
   and
   Covert Generating Company, LLC
   and
   Harquahala Generating Company, LLC

Dear Parties,

After careful consideration of the parties' contentions, the Association has determined that David Hendrick will be removed as an arbitrator in the above matter.

Inasmuch as there were no objections to the appointment of Thomas Burke and James Groton, their appointment is hereby confirmed.

This will advise the parties that the Association has appointed Fielder Martin to serve as arbitrator in the above-captioned matter. Mr. Martin has made the enclosed disclosure.

Please advise the Association of any objections to the appointment of Mr. Martin within **five (5) business days**, copying the other side. The arbitrator shall not be copied on any comments related to the disclosure.

If any objections are raised, the other party may respond within **five (5) business days**. The AAA will make a determination regarding the arbitrator's service, in accordance with the Rules.

Please do not hesitate to contact us with any questions and/or concerns.

Sincerely,

Allyson Bloom, Case Manager
404 325 0101
blooma@adr.org

Janet Hardman, Supervisor
866 88 5290
hardmanj@adr.org

Encl.

cc:   Fielder Martin, Esq. (*Via Facsimile*)
      James P. Groton, Esq.
      Thomas J. Burke

07/24/06 MON 09:04 [TX/RX NO 9538] ☒003