| | |
|---|---|
| THE SHAW GROUP INC.,<br>STONE & WEBSTER, INC., and<br>STONE & WEBSTER MICHIGAN, INC., | ) American Arbitration Association<br>)<br>) Case No. 16110Y0024204 |
| Complainants, | )<br>) **STIPULATION AND ORDER**<br>) **REGARDING SUBSTITUTION OF**<br>) **RESPONDENTS** |
| v. | ) |
| NEW HARQUAHALA GENERATING<br>COMPANY, LLC and NEW COVERT<br>GENERATING COMPANY, LLC, | )<br>)<br>)<br>) |
| Respondents. | )<br>) |

Subsequent to the commencement of this arbitration, the Harquahala and Covert power plants and related EPC Contracts have been transferred to new entities. In order to reflect that transfer, the parties, by and through their counsel, hereby stipulate and agree that:

1.    Respondents Harquahala Generating Company, LLC ("Old HGC") and Covert Generating Company, LLC ("Old CGC") shall be replaced as the Respondents in this proceeding by New Harquahala Generating Company, LLC ("New HGC") and New Covert Generating Company, LLC ("New CGC");

2.    Accordingly, the claims and counterclaims initially asserted in this proceeding against and by Old HGC and Old GCG shall be deemed to be asserted against and by New HGC and New CGC;

3.    Nothing herein shall be construed as a release of any rights or claims of any of the parties.

-1-

**IT IS SO STIPULATED:**

Date: January 21, 2005

Julian F. Hoffar, Esq.,
Counsel for The Shaw Group Inc.,
Stone & Webster Michigan, Inc.
and Stone & Webster, Inc.

Date: January 24, 2005

Stuart J. Einbinder,
Counsel for Harquahla Generating
Company, LLC, New Harquahala
Generating Company, LLC, Covert
Generating Company, LLC and New
Covert Generating Company, LLC

**IT IS SO ORDERED:**

Date: January ___, 2005

James Groton, Chairman

1091917

-2-