# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

The Shaw Group, Inc. )
)
Stone & Webster, Inc. )
)
    Plaintiffs, )
)
    v. )
)
New Harquahala Generating Company, )
)
    Defendant. )
)

CASE NUMBER  1:06CV01358

JUDGE: Richard W. Roberts

DECK TYPE: Contract

DATE STAMP: 08/01/2006

## CERTIFICATE UNDER LCvR 7.1

I, the undersigned, counsel of record for The Shaw Group, Inc. and Stone & Webster, Inc. certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of The Shaw Group, Inc., which have any outstanding securities in the hands of the public:  see attached.

These representations are made in order that judges of this court may determine the need for recusal.

WATT, TIEDER, HOFFAR &
FITZGERALD LLP

By: _____
Lewis Askew
D.C. Bar Number (455352)
8405 Greensboro Drive
Suite 100
McLean, VA 22102
703-749-1000

### THE SHAW GROUP INC.®
### AND ITS
### SUBSIDIARIES AND AFFILIATES

1.   ACL Piping, Inc.

2.   Aiton & Co Limited

3.   American Eagle Communities, L.L.C.

4.   American Eagle Communities – Hawaii, L.L.C.

5.   American Eagle Communities Midwest, L.L.C.

6.   American Plastic Pipe and Supply, L.L.C.

7.   Amikwiche Construction Itée

8.   Arlington Avenue E Venture, LLC

9.   Associated Valve, Inc.

10.  Badger® Licensing LLC

11.  Badger® Technologies, L.L.C.

12.  Badger® Technology Holdings, L.L.C.

13.  Beaulieu Coutu Bélanger et Associés Inc.

14.  Bellefontaine Gas Producers, LLC

15.  Bellefontaine Leachate Services, L.L.C.

16.  Benicia North Gateway II, L.L.C.

17.  B.F. Shaw, Inc.

18.  Bureau d'Évaluation Beaulieu Coutu et Associés Inc.

19.  Camden Road Venture, LLC

20. Canora Asia Inc.

21. Canora Brunei Environment Ltd.

22. C.B.P. Engineering Corp.

23. Chimento Wetlands, L.L.C.

24. CIC Environmental Services

25. Clean Horizons, LLC

26. Cojafex B.V.

27. Consortium BPA/Roche Inc.

28. Consortium Cegertech-GCS Inc.

29. Consortium GLD-Roche Inc.

30. Disaster Response Solutions, L.L.C.

31. Eagle Industries, Inc.

32. EDS Equipment Company, LLC

33. EDS Puerto Rico, Inc.

34. EMCON/OWT, Inc.

35. EntergyShaw, L.L.C.

36. EntergyShaw General Management, LLC

37. EntergyShaw Investments of Nevada, LLC

38. EntergyShaw Investments of Texas, LLC

39. EntergyShaw Project Management, L.P.

40. Envirogen, Inc.

41. Évimbec Itée

42. Field Services Canada Inc.

43. Field Services, Inc.

44. Gestion TDA Inc.

45. Golosky Shaw Group Ltd.

46. Great Southwest Parkway Venture, LLC

47. Groupe conseil Forchemex Itée

48. Groupe conseil Roche Atlantique Inc.

49. Groupe-conseil TDA Inc.

50. Gulf Coast Equipment Rental, Inc.

51. HL Newhall II, L.L.C.

52. Holdings Manufacturas Shaw South America, C.A.

53. Hydro Power Solutions LLC

54. IT Holdings Canada, Inc.

55. IT UK Environmental & Infrastructure

56. Jernee Mill Road, L.L.C.

57. JSC International, Ltd.

58. Kato Road II, L.L.C.

59. KIP I, L.L.C.

60. LandBank Baker, L.L.C.

61. LandBank Properties, L.L.C.

62. Les Consultants Roche-Deluc Itée

63. Les Impressions Intégrales Inc.

64. LFG Specialties, L.L.C.

65. Little Rock Military Communities, L.L.C.

66.  Lone Star Fabricators, Inc.

67.  Manufacturas Shaw South America, C.A.

68.  Metuchen I, LLC

69.  Millstone River Wetland Services, L.L.C.

70.  Mississippi Space Services, LLC

71.  MWR, Inc.

72.  Nortec Construction

73.  Northeast Plaza Venture I, LLC

74.  Norwood Venture I, L.L.C.

75.  Nouvelle Technologie (Tekno) Inc.

76.  Ontario Ventures I, LLC

77.  Otay Mesa Ventures II, L.L.C.

78.  Pacific Support Group LLC

79.  PBPAC Alberta

80.  PFH Management, LLC

81.  Pike Properties I, Inc.

82.  Pike Properties II, Inc.

83.  Pipework Engineering and Developments Limited

84.  Plattsburg Venture, L.L.C.

85.  Pluritec Itée

86.  Poly-Énergie Inc.

87.  Power Technologies Asia-Pacific Sdn. Bhd.

88.  Prospect Industries (Holdings), Inc.

89.    9080-1499 Québec Inc.

90.    9092-8573 Québec Inc.

91.    9093-8242 Québec Inc.

92.    Raritan Venture I, L.L.C.

93.    Réseau ECI Inc.

94.    Roche Construction Inc.

95.    Roche International Inc.

96.    Roche Invest SA

97.    Roche IT Chile Ltda

98.    Roche IT Peru Ltda

99.    Roche Ltd., Consulting Group

100.    Roche Maloney Desmeules

101.    Roche USA Ltd.

102.    Rosaire Després & Associés Inc.

103.    Satellite Beach Partners, LLC

104.    S C Woods, L.L.C.

105.    S.E.C. du 585 Charest

106.    S.E.C. Sainte-Hélène

107.    SELS Administrative Services, L.L.C.

108.    Shaw A/DE, Inc.

109.    Shaw Aiton Australia Pty Limited

110.    Shaw Alaska, Inc.

111.    Shaw Alloy Piping Products, Inc.

112. Shaw Americas, L.L.C.

113. Shaw Asia Company, Limited

114. Shaw Beneco, Inc.

115. Shaw California, L.L.C.

116. Shaw Capital, Inc.

117. Shaw CENTCOM Services, L.L.C.

118. Shaw CMS, Inc.

119. Shaw Coastal, Inc.

120. Shaw Connex, Inc.

121. Shaw Constructors, Inc.

122. Shaw Dunn Limited

123. Shaw E & I International Ltd.

124. Shaw E & I Investment Holdings, Inc.

125. Shaw E & I Russia, Inc.

126. Shaw Energy Delivery Services, Inc.

127. Shaw Energy Services, Inc.

128. Shaw Environmental, Inc.

129. Shaw Environmental & Infrastructure, Inc.

130. Shaw Environmental Liability Solutions, L.L.C.

131. Shaw Export Company, S. de R. L. de C.V.

132. Shaw Fabricators, Inc.

133. Shaw Facilities, Inc.

134. Shaw Field Services, Inc.

135.  Shaw Fronek Company (FCI), Inc.

136.  Shaw Fronek Power Services, Inc.

137.  Shaw FVF, Inc.

138.  Shaw Global Energy Services, Inc.

139.  Shaw Group Australia Pty Limited

140.  Shaw Group UK Holdings Limited

141.  Shaw Group UK Limited

142.  Shaw GRP of California

143.  Shaw Heat Treating Service, C.A.

144.  Shaw Industrial Supply Co., Inc.

145.  Shaw Infrastructure, Inc.

146.  Shaw Intellectual Property Holdings, Inc.

147.  Shaw International, Inc.

148.  Shaw International, Ltd.

149.  Shaw International Management Services One, Inc.

150.  Shaw International Management Services Two, Inc.

151.  Shaw JV Holdings, L.L.C

152.  Shaw-Khudhairy-Dyncorp-Wood, L.L.C.

153.  Shaw Lancas, C.A.

154.  Shaw Maintenance, Inc.

155.  Shaw Managed Services, Inc.

156.  Shaw Management Services One, Inc.

157.  Shaw Manufacturing and Services, Inc.

158.  Shaw Manpower, S. de R.L. de C.V.

159.  Shaw Mexican Holdings, S. de R.L. de C.V.

160.  Shaw Mexico, L.L.C.

161.  Shaw NAPTech, Inc.

162.  Shaw Nass Middle East, W.L.L.

163.  Shaw Overseas (Far East) Ltd.

164.  Shaw Overseas (Middle East) Ltd.

165.  Shaw Pipe Shields, Inc.

166.  Shaw Pipe Supports, Inc.

167.  Shaw PowerGen, L.L.C.

168.  Shaw Power Services Group, L.L.C.

169.  Shaw Power Services, Inc.

170.  Shaw Power Technologies, Inc.™ (formerly Power Technologies, Inc.®)

171.  Shaw Power Technologies International Limited™

172.  Shaw Process and Industrial Group, Inc.

173.  Shaw Process Fabricators, Inc.

174.  Shaw Property Holdings, Inc.

175.  Shaw Remediation Services, L.L.C.

176.  Shaw Restructuring, L.L.C.

177.  Shaw-Robiotic Environmental Services, L.L.C.

178.  Shaw Services, L.L.C.

179.  Shaw SSS Fabricators, Inc.

180.  Shaw Stone & Webster Puerto Rico, Inc.

181.  Shaw Sunland Fabricators, Inc.

182.  Shaw Trading FSC, Ltd.

183.  Shaw Transmission & Distribution Services, Inc.

184.  Shaw Waste Solutions, LLC

185.  Shaw Word Industries Fabricators, Inc.

186.  Shaw-YPC Piping (Nanjing) Co., Ltd.

187.  Société Energie conseil du Québec Inc.

188.  Société Immobiliére Maizerets, SEC

189.  Sodéroc Développement Itée

190.  So-Glen Gas Co., LLC

191.  Stone & Webster Asia, Inc.

192.  Stone & Webster Canada Holding One (N.S.), ULC

193.  Stone & Webster Canada Holding Two, Inc.

194.  Stone & Webster Canada L.P.

195.  Stone & Webster Construction, Inc.

196.  Stone & Webster Construction Services, L.L.C.

197.  Stone & Webster Consultants Limited

198.  Stone & Webster Engineering Projects Private Limited

199.  Stone & Webster Engineering Services Sdn. Bdh.

200.  Stone & Webster Engineering (Thailand) Ltd.

201.  Stone & Webster Holding One, Inc.

202.  Stone & Webster Holding Two, Inc.

203.  Stone & Webster, Inc.

204.  Stone & Webster Insaat ve Muhendislik Limited Sirketi

205.  Stone & Webster International B.V.

206.  Stone & Webster International, Inc.

207.  Stone & Webster International Holdings, Inc.

208.  Stone & Webster – JSC Management Consultants, Inc.

209.  Stone & Webster Limited

210.  Stone & Webster Management Consultants, Inc.

211.  Stone & Webster Massachusetts, Inc.

212.  Stone & Webster Michigan, Inc.

213.  Stone & Webster Purchasing, Inc.

214.  Stone & Webster Process Technologies B.V.

215.  Stone & Webster Process Technology, Inc.

216.  Stone & Webster Rolta Limited

217.  Stone & Webster Services, L.L.C.

218.  S & W Consultants Holdings Limited

219.  Sugar Acquisition (NVDIP), Inc.

220.  SWINC Acquisition Five, L.L.C.

221.  Techanna

222.  The LandBank Group, Inc.

223.  The Shaw Group Inc.®

224.  The Shaw Group Inc. Political Action Committee, Inc.

225.  The Shaw Group International Inc.

226.  The Shaw Group UK Pension Plan Limited

227.    The Shaw Group UK 1997 Pension Scheme Limited

228.    The Shaw Group UK 2001 Pension Plan Limited

229.    Whessoe Piping Systems Limited

230.    Whippany Venture I, L.L.C.

231.    World Industrial Constructors, Inc.

232.    Worldwide Industrial Constructors, Inc.

**Shaw Domestic Entities: 62**
**Stone & Webster Domestic Entities: 24**
**Shaw E&I Domestic Entities: 57**
**All Foreign Entities: 89**
**Total Number of All (Domestic and Foreign) Shaw Related Entities: 232**