UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| The Shaw Group, Inc.<br>4171 Essen Lane<br>Baton Rouge, Louisiana<br><br>Stone & Webster, Inc.<br>4171 Essen Lane<br>Baton Rouge, Louisiana<br><br>   Plaintiffs,<br><br>  v.<br><br>New Harquahala Generating Company,<br>Corporation Service Company<br>2338 West Royal Palm Road<br>Suite J<br>Phoenix, Arizona 85021<br><br>   Defendant.<br>Serve:<br>Corporation Service Company<br>2338 West Royal Palm Road<br>Suite J<br>Phoenix, Arizona 85021 | CASE NUMBER 1:06CV01358<br><br>JUDGE: Richard W. Roberts<br><br>DECK TYPE: Contract<br><br>DATE STAMP: 08/01/2006 |

### NOTICE OF MOTION TO CONFIRM ARBITRATION AWARD

TO: George D. Ruttinger, Esq.
   Crowell & Moring, LLP
   1001 Pennsylvania Ave., NW
   Washington, DC 20004-2595
   (202) 624-2670
   Counsel for New Harquahala Generating Company

PLEASE TAKE NOTICE that this day, upon the annexed Motion to Confirm Arbitration Award, the above-captioned Plaintiffs do hereby move this Court to confirm the award of the arbitration panel as set forth more fully and completely herein, in accordance with 9 U.S.C. § 9.

Dated August 1, 2006

                        Respectfully submitted,

                        *[signature]*

                        Lewis Askew
                        DC Bar Number: 455352
                        WATT, TIEDER, HOFFAR & FITZGERALD, L.L.P.
                        8405 Greensboro Drive, Suite 100
                        McLean, Virginia 22102
                        Tel:  (703) 749-1000
                        Fax: (703) 893-8029

                        Counsel for Plaintiffs

Of Counsel:

Julian F. Hoffar, Esquire
Shelly L. Ewald, Esquire

WATT, TIEDER, HOFFAR & FITZGERALD, L.L.P.
8405 Greensboro Drive, Suite 100
McLean, Virginia 22102
Tel:  (703) 749-1000
Fax: (703) 893-8029

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Motion to Confirm Arbitration Award and Motion to Confirm Arbitration Award were sent by U.S. Mail, first-class, postage prepaid this 1st day of August, 2006 to:

>George D. Ruttinger, Esq.
>Crowell & Moring, LLP
>1001 Pennsylvania Ave., NW
>Washington, DC 20004-2595
>(202) 624-2670
>Counsel for New Harquahala Generating Company

Matthew E. Vinciguerra