IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| The Shaw Group, Inc. et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>New Harquahala Generating )<br>Company, )<br>)<br>Defendant. ) | Case No. 1:06CV01358<br>Judge Richard W. Roberts |

## JOINT MOTION FOR STAY OF PROCEEDINGS

Plaintiffs The Shaw Group, Inc. and Stone & Webster, Inc. and Defendant New Harquahala Generating Company, by their undersigned attorneys, hereby move for an Order of this Court staying proceedings in this action, including the filing of Defendant's response to Plaintiffs' pending Motion to Confirm Arbitration Award and any motion to vacate that award. The parties have reached a settlement in principle of the underlying disputes, and expect that when that settlement is finalized and implemented, they will jointly move for dismissal of this action with prejudice.

Respectfully submitted,

Of Counsel:

Julian F. Hoffar, Esquire
Shelly L. Ewald, Esquire
WATT, TIEDER, HOFFAR
  & FITZGERALD
8405 Greensboro Drive
Suite 100
McLean, VA  22102
(703) 749-100

Lewis Askew
DC Bar Number: 455352
WATT, TIEDER, HOFFAR & FITZGERALD
8405 Greensboro Drive, Suite 100
McLean, VA  22102
(703) 749-1000

*Attorneys for Plaintiffs The Shaw Group, Inc. and Stone & Webster, Inc.*

Of Counsel:

Stuart J. Einbinder
Amy E. Owens
CROWELL & MORING LLP
3 Park Plaza, 20th Floor
Irvine, California  92614
(949) 263-8400

George D. Ruttinger (D.C. Bar #214445)
Joseph L. Meadows (D.C. Bar #467441)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2595
(202) 624-2500

*Attorneys for Defendant New Harquahala Generating Company, LLC*

DCIWDMS: 2830814_1

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| The Shaw Group, Inc. et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 1:06CV01358 |
| ) | Judge Richard W. Roberts |
| New Harquahala Generating ) | |
| Company, ) | |
| ) | |
| Defendant. ) | |

## [PROPOSED] ORDER

The Court having been advised that the parties have reached a settlement in principal of this matter, it is hereby

ORDERED, that this action is stayed pending further Order of the Court, including the filing of Defendant's response to Plaintiffs' Motion to Confirm Arbitration Award and any motion to vacate that award.

The parties will report to the Court within 30 days regarding the status of their settlement and will promptly advise the Court when the settlement has been finalized and implemented and that this matter can accordingly be dismissed.

_____
Richard W. Roberts
U.S. District Judge

Dated: _____