UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| The Shaw Group, Inc.<br><br>and<br><br>Stone & Webster, Inc.<br><br>      Plaintiffs,<br><br>v.<br><br>New Harquahala Generating Company,<br><br>      Defendant. | 1:06CV01358<br>Judge Richard W. Roberts |

## AGREED MOTION TO STAY PROCEEDINGS

COME NOW Plaintiffs The Shaw Group, Inc. and Stone & Webster, Inc. with the agreement of Defendant New Harquahala Generating Company and respectfully request that the pending Motion to Confirm Arbitration Award be stayed. The Parties have entered into a Settlement Agreement of the underlying issues in this matter. The final payment under that Settlement Agreement is pending and is due no later than March 31, 2007. In the event that final payment is not received, Plaintiffs will advise the Court and request that their Motion to Confirm be ruled upon at that time.

The Defendants have agreed to this Motion to Stay.

Dated: October 2, 2006

Respectfully submitted,

*/s/ Lewis Askew*

Lewis Askew
DC Bar Number: 455352
WATT, TIEDER, HOFFAR & FITZGERALD, L.L.P.
8405 Greensboro Drive, Suite 100
McLean, Virginia 22102
Tel: (703) 749-1000
Fax: (703) 893-8029

Counsel for Plaintiffs

Of Counsel:

Julian F. Hoffar, Esquire
Shelly L. Ewald, Esquire

WATT, TIEDER, HOFFAR & FITZGERALD, L.L.P.
8405 Greensboro Drive, Suite 100
McLean, Virginia 22102
Tel: (703) 749-1000
Fax: (703) 893-8029

*/s/ George Ruttinger*

George Ruttinger
Crowell & Moring
1001 Pennsylvania Ave., N.W.
Washington DC 20004-2595
Tel: 202.624.2500
fax: 202.628.5116
Counsel for Defendants

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing Motion to Stay was sent by hand-delivery this 2nd day of October, 2006 to:

> George D. Ruttinger, Esq.
> Crowell & Moring, LLP
> 1001 Pennsylvania Ave., NW
> Washington, DC 20004-2595
> (202) 624-2670
> Counsel for New Harquahala Generating Company

_/s/ Shelly L. Ewald_
Shelly L. Ewald

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| The Shaw Group, Inc.<br>and<br>Stone & Webster, Inc.<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>New Harquahala Generating Company,<br><br>　　　　Defendant. | 1:06CV01358<br>Judge Richard W. Roberts |

## PROPOSED ORDER

Upon consideration of the Agreed Motion to Stay Proceedings, it is hereby ORDERED that the Plaintiffs' Motion to Confirm Arbitration Award be stayed pending final payment pursuant to the Settlement Agreement reached between the Parties. The Parties shall report to the Court when the final payment under the Settlement Agreement is received, advising that this matter may be dismissed. If the final payment is not received when due, the Parties may file a Motion requesting that the Stay be lifted.

_____
Richard W. Roberts
United States District Court Judge