UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| The Shaw Group, Inc. )<br>  )<br>and )<br>  )<br>Stone & Webster, Inc. )<br>  )<br>  Plaintiffs, )<br>  )<br>v. )<br>  )<br>New Harquahala Generating Company, )<br>  )<br>  Defendant. ) | 1:06CV01358<br>Judge ~~Richard W. Roberts~~ TFH |

## AGREED MOTION TO DISMISS PROCEEDINGS

COME NOW Plaintiffs The Shaw Group, Inc. and Stone & Webster, Inc. with the agreement of Defendant New Harquahala Generating Company and respectfully request that the pending Motion to Confirm Arbitration Award be dismissed with prejudice. The Parties had entered into a Settlement Agreement of the underlying issues in this matter, under the terms of which the final payment from Defendant was due no later than March 31, 2007. Defendant has made payment in accordance with the terms of the Settlement Agreement. Accordingly, the Parties respectfully request that this Court dismiss with prejudice the confirmation of arbitral award proceedings, including the pending Motion to Confirm Arbitration Award.

The Defendant has agreed to this Motion to Dismiss.

Dated: April 10, 2007

**RECEIVED**

APR 1 2 2007

rec'd by LC from chambers 4/20/07
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Respectfully submitted,

*[signature]*

Lewis Askew
DC Bar Number: 455352
WATT, TIEDER, HOFFAR & FITZGERALD, L.L.P.
8405 Greensboro Drive, Suite 100
McLean, Virginia 22102
Tel: (703) 749-1000
Fax: (703) 893-8029

Counsel for Plaintiffs

Of Counsel:

Julian F. Hoffar, Esquire
Shelly L. Ewald, Esquire

WATT, TIEDER, HOFFAR & FITZGERALD, L.L.P.
8405 Greensboro Drive, Suite 100
McLean, Virginia 22102
Tel: (703) 749-1000
Fax: (703) 893-8029

*[signature]*

George D. Ruttinger
D.C. Bar No. 214445
Crowell & Moring LLP
1001 Pennsylvania Ave., N.W.
Washington DC 20004-2595
Tel: 202.624.2500
fax: 202.628.5116
Counsel for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Agreed Motion to Dismiss Proceedings was sent by hand-delivery this 11th day of April 2007 to:

George D. Ruttinger, Esq.
Crowell & Moring, LLP
1001 Pennsylvania Ave., NW
Washington, DC 20004-2595
(202) 624-2670
Counsel for New Harquahala Generating Company

Matthew E. Vinciguerra