UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **THE SHAW GROUP, INC.,** *et al.*,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>**NEW HARQUAHALA GENERATING COMPANY,**<br><br>　　　　Defendant. | 06-CV-1358 (TFH) |

## ORDER

Pursuant to the parties' [6] Agreed Motion to Dismiss Proceedings, which was filed on April 12, 2007, the Court **ORDERS** this case dismissed with prejudice.

**SO ORDERED**.

May 1, 2006　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　　Thomas F. Hogan
　　　　　　　　　　　　　　　　　　　　　　Chief Judge